**HARVEY FAIRBANKS and EMILY A. FAIRBANKS, his wife, v. G. G. ROBERTSON, et al.**

9 So. (2nd) 369                                              Division B
July 24, 1942                      Rehearing Denied August 4, 1942

W. H. Mizell, for appellants.

Jack B. Ohlhaber, for appellees.

PER CURIAM:

The record and the briefs in this case have been examined. It involves a controversy as to priority between State and County tax certificate and Municipal tax certificate holders. A full statement of the case and discussion of the questions raised would require a long opinion that would serve no useful purpose. We find no reason to reverse the chancellor so the decree appealed from is affirmed.

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.